# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32588**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Ryan D. HATCHER**
Airman Basic (E-1), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 24 October 2019

————————————

*Military Judge:* Andrew R. Norton.

*Approved sentence:* Bad-conduct discharge, confinement for four months, and a reprimand. Sentence adjudged 11 February 2019 by SpCM convened at Hurlburt Field, Florida.

*For Appellant:* Major Patrick J. Hughes, USAF.

*For Appellee:* Mary Ellen Payne, Esquire.

Before MINK, LEWIS, and D. JOHNSON, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).[1]

---

[1] *Manual for Courts-Martial, United States* (2016 ed.).

Accordingly, the findings and sentence are **AFFIRMED**.


FOR THE COURT

CAROL K. JOYCE
Clerk of the Court